No. 977. BRITISH-AMERICAN TOBACCO CO., LTD. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. May 7, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr.*

*H. H. Shelton* for petitioner. *Solicitor General Biggs* for respondent.

